No. 69114.—The Lumiscope Co. v. United States, protests 62/17953, etc. (New York).

337

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of stethoscopes similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiff was sustained.